IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 96-30548

Summary Calendar

_____

JAMES R. TOWNLEY,

                                        Plaintiff-Appellant,

versus

STEVE RADER, Warden;
CYNTHIA HEBERT;
RICHARD L. STALDER, Warden;
LOUISIANA DEP'T OF PUBLIC
SAFETY AND CORRECTIONS,

                                        Defendants-Appellees.

_____

Appeal from the United States District Court
For the Western District of Louisiana
USDC No. 94-CV-2021

_____

October 18, 1996

Before HIGGINBOTHAM, WIENER, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

     James R. Townley (#106693) appeals the dismissal of his civil
rights complaint under the rule in Heck v. Humphrey, 114 S. Ct.
2364 (1994).  This court must examine the basis of its jurisdiction
on its own motion if necessary.  Mosley v. Cozby, 813 F.2d 659, 660
(5th Cir. 1987).  Because the district court's judgment does not
dispose of Townley's habeas claims, there is no final order in this

_____

     [*]Pursuant to Local Rule 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in Local Rule 47.5.4.

case and this court lacks jurisdiction.  28 U.S.C. § 1291.  The appeal is DISMISSED.

APPEAL DISMISSED.